IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3058-FL

| | | |
|---|---|---|
| BRUCE L. GORHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARY MASSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Bruce L. Gorham, a state inmate, filed this action pursuant to 42 U.S.C. § 1983. The matter is before the court on plaintiff's motion to compel (DE # 5). The matter is ripe for adjudication.

Plaintiff appears to seek an order compelling defendants to provide him a copy of video footage of the visitation area of Caledonia Correctional Institution ("Caledonia") taken on November 29, 2009. Plaintiff also seeks an order compelling defendants to make available all inmates who attended visitation at Caledonia on November 29, 2009. Plaintiff's motion fails to comply with Federal Rule of Civil Procedure 37(a) and Local Civil Rule 7.1(c), which require that the movant certify that there has been a good faith effort to resolve discovery disputes prior to the filing of any discovery motions. Thus, plaintiff's motion (DE # 5) is DENIED as premature.

SO ORDERED, this the 3rd day of October, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge